## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CURRY ROBINSON, | : No. 231 EAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| SUPERINTENDENT KENNETH CAMERON, SECRETARY DEPT. OF CORRECTIONS JOHN E. WETZEL, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.